# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Alberto T Chavez | ) | Case No: 13 CV 663 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Sidney I. Schenkier |
| Carolyn W Colvin | ) | |

## ORDER

    ENTER MEMORANDUM OPINION AND ORDER. Plaintiff's request for remand (doc. # 17) is granted; his alternative request for reversal and an award of benefits is denied. The Commissioner's request for affirmance (doc. # 26) is denied. The case is remanded for further proceedings consistent with the Memorandum Opinion and Order. Civil case terminated.

Date: July 8, 2014

/s/ _____
SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE